IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY GLYNN MOORE,       ) | |
| )  | |
| Plaintiffs,       ) | |
| ) | |
| v.       ) | Civ. Act. No.: 1:20-cv-262-ECM |
| ) | (WO) |
| CITY OF DOTHAN, ALABAMA,       ) | |
| *et al.*,       ) | |
| ) | |
| Defendants.       ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case it is the

ORDER, JUDGMENT, and DECREE of the Court that final judgment is entered against Jeremy Glynn Moore and in favor of Terry Nelson and the City of Dothan, Alabama on the federal claims brought in this case.

The court declines to exercise supplemental jurisdiction over the state-law claims in this case pursuant to 28 U.S.C. §1367 and those claims are DISMISSED without prejudice.

The Clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of August, 2021.

    /s/ Emily C. Marks  
EMILY C. MARKS  
CHIEF UNITED STATES DISTRICT JUDGE